IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHWESTERN DIVISION

| | |
|---|---|
| IES COMMERCIAL, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 3:20-cv-05058-MDH |
| ) | |
| BARRY ELECTRIC COOPERATIVE, ) | |
| ) | |
| Defendant. ) | |

## ORDER OF DISMISSAL WITH PREJUDICE

Before the Court is the parties' Joint Stipulation of Dismissal With Prejudice (Doc. 26) in which they state they have settled their disputes and entered into a settlement agreement. Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) and Rule 41(a)(1)(B) the parties stipulate to dismissal with prejudice of all claims in this case with the parties to bear their own costs and fees

WHEREFORE, after reviewing the Joint Stipulation of Dismissal, the Court hereby dismisses this case in its entirety, with prejudice, and with each party to bear their own costs and fees.

**IT IS SO ORDERED.**

DATED: January 14, 2021

  _/s/ Douglas Harpool_
  **DOUGLAS HARPOOL**
  **UNITED STATES DISTRICT JUDGE**